IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| MARK BLAKE, | : | |
| *Plaintiff* | : | CIVIL ACTION |
| v. | : | |
| | : | |
| METROMILE, INC., *et al.*, | : | |
| *Defendants* | : | No. 22-165 |

## ORDER

AND NOW, this 14th day of April, 2022, upon consideration of Plaintiff Mark Blake's Notice of Voluntary Dismissal (Doc. No. 3) according to Federal Rule of Civil Procedure 41(a)(1)(A), it is **ORDERED** that:

1. This case is **DISMISSED WITHOUT PREJUDICE**; and

2. The Clerk of Court is **DIRECTED** to **CLOSE** this case for all purposes, including statistics.

BY THE COURT:

/s/ Gene E.K. Pratter
GENE E.K. PRATTER
UNITED STATES DISTRICT JUDGE

1